## CORNELL ET AL. *v.* NEBEKER ET AL.

From the Fountain Circuit Court.

*C. M. Ristine* and *G. McWilliams*, for appellants.
*L. Nebeker* and *S. M. Cambern*, for appellees.

Hawthorn *et al. v.* The State, *ex rel.* Johnson Township.

DOWNEY, J.—The questions decided in this case are the same, and are decided in the same way, as in the case of *Cochran* v. *Nebeker, ante,* p. 459. For the reasons there stated, the judgment in this case must be reversed.

The judgment is reversed, with costs, and the cause remanded, with instructions to overrule the demurrers to the second and third paragraphs of the answer, and for further proceedings.

Petition for a rehearing overruled.